UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ALICEA, ANNIE BUSTAMANTE, CHRISTINA STRAUSS, PAMELA DOBBERTHIEN, ROBIN VERSO, and CARMEN SLAUGHTER, | Case No.  3:07-CV-00555-RCJ-RAM |
| Plaintiffs, | ORDER **OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| GOURMET SYSTEMS OF NEVADA, INC., dba APPLEBEE'S RESTAURANT, APPLEBEE'S SERVICES, INC., and MICHAEL MORAN, and DOES I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiffs and Defendants Gourmet Systems of

Nevada, Inc. and Applebee's Services, Inc., by and through their designated counsel of record, that

this case and each and every cause of action be dismissed in its entirety against Defendants, with

///

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

prejudice, each party to bear their own costs and attorneys' fees.

ORDER

IT IS SO ORDERED.

DATED:  This 2nd day of November, 2010.

_____
ROBERT C. JONES
United States District Judge

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

2.